UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, FRANK CLAMSER, ERIKA FRIERSON, BARBARA ANN V. LEE, JON M. MONTGOMERY, BRANDON T. EMENS, CARLOS J. RAMIREZ-OCHOA, ROBERT J. OLIVERI, MICHAEL J. BROWN, AARON J. ANDERSON, RYAN A. ROBISON, TONY J. KELLER, TYSON J. KRESHER, ALEX BAGARRY IV, KIRK B, AREND, LUCAS A. WEISHAR, ROBERT J. HEALEY, AND ANDREW M. RADOVICH, in their individual and official capacities; and DOES 1 through 10, in their individual and official capacities, inclusive,<br><br>    Defendants. | No. 20cv-2046-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION EXTENDING TIME FOR COUNTY DEFENDANT AND COUNTY AFFILIATED DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 6] |

Pending before the Court is a joint motion granting Defendants the County of San Diego ("County"), Sheriff William Gore, Frank Clamser, Erika Frierson, Barbara Ann V. Lee, Jon M. Montgomery, Brandon T. Emens, Carlos J. Ramirez-Ochoa, Robert J. Oliveri, Michael J. Brown, Aaron J. Anderson, Ryan A. Robison, Tony J. Keller, Tyson J. Kresher, Alex Bagarry, IV, Kirk B. Arend, Lucas A. Weishar, Robert J. Healey, and

1  Andrew M. Radovich (collectively "the County-affiliated Defendants"), extending the
2  County and County-affiliated Defendants' deadline to answer, or otherwise respond, to
3  Plaintiff's Complaint such that their responsive pleading shall be due by no later than
4  May 10, 2021.  Good cause appearing, the joint motion is **GRANTED**.
5      **IT IS SO ORDERED.**

7  Dated: March 18, 2021

        Hon. Dana M. Sabraw
        United States District Judge